UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WOODROW VAUGHN, JR.

VERSUS

TURNER INDUSTRIES GROUP, LLC.

CIVIL ACTION

NO. 12-334-SDD-SCR

## RULING AND ORDER OF DISMISSAL

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Stephen C. Riedlinger dated October 7, 2013. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, Defendant Turner's 28 U.S.C. § 1915 *Motion to Dismiss or Alternatively Motion to Revoke In Forma Pauperis Status* is GRANTED and Plaintiff's complaint is dismissed with prejudice.

Baton Rouge, Louisiana, October 25, 2013.

*[signature]*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA